■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ALVARADO, Appellant. [833 NYS2d 421]—Judgment of resentence, Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about July 29, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Buckley, Sweeny and Catterson, JJ.